**Teresa CHILDERS Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE, John E. Potter, Postmaster General, Defendants–Appellees.**

No. 04–6671.

United States Court of Appeals, Second Circuit.

Nov. 17, 2005.

Christina Ann Agola, Rochester, NY., for Plaintiff–Appellant.

Stephan J. Baczynski, Assistant United States Attorney, for Kathleen M. Mehltretter, Acting United States, Attorney for the Western District of New York, Buffalo, NY., for Defendants–Appellees.

Present: MINER, KATZMANN, and WESLEY, Circuit Judges.

### SUMMARY ORDER

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and hereby is **AFFIRMED.**

Plaintiff-appellant Teresa Childers appeals from the judgment of the United States District Court for the Western District of New York (Elfvin, *J.*) entered pursuant to an unreported Decision and Order dated December 2, 2004, granting defendants' motion for summary judgment. The parties' familiarity with the facts is assumed. For the reasons stated in the District Court's thorough opinion, we affirm.

The judgment of the district court is **AFFIRMED.**